**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
J. KLEINHAUS & SONS, LLC,

                         Plaintiff,
           -against-                                            21 **CIVIL** 2202 (JPC)

                                                               **<u>JUDGMENT</u>**

    VALLEY FORGE INSURANCE
    COMPANY

                         Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated December 14, 2021, the Court recognizes the

challenges facing businesses since COVID-19 spread throughout this country. At points,

government regulations prohibited many in-person services. These regulations, along with

COVID-19's effects on the country, have strained the business community. Understandably,

Kleinhaus hoped its insurance would cover its losses. But insurance does not cover everything;

claims must fall within a policy's terms. And courts "must honor the coverage the parties did and

did not provide for in their written contracts of insurance." Santo's Italian Cafe LLC, 15 F.4th at

407. Here, that means finding that Kleinhaus's claims fall outside its insurance policy with

Valley Forge. Valley Forge's motion to dismiss is granted and the case is dismissed with

prejudice. The Court has dismissed with prejudice because Kleinhaus neither suggests how it

may cure the defects nor asks for leave to amend. See Gallop v. Cheney, 642 F.3d 364, 369 (2d

Cir. 2011) ("[N]o court can be said to have erred in failing to grant a request that was not

made.... [And] in the absence of any indication that [the plaintiff] could or would provide

additional allegations that might lead to a different result, the District Court did not err in

dismissing [the plaintiff's] claim with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      December 14, 2021

 

                                                **RUBY J. KRAJICK**

                                               **Clerk of Court**

**BY:**          K. mango

                                                 **Deputy Clerk**